

FILE COPY

RE: Case No. 15-0799     DATE: 12/11/2015
   COA #: 12-14-00016-CV  TC#: 3-41887
STYLE: ENRIQUEZ v. THALER

  A petition for review was filed today in the above-styled case. Respondent may file either a response, or a waiver of response. If you file a waiver, the Court will not grant the petition without first requesting a response. (TEX. R. APP. P. 53.3) There is no fee for a response or a waiver.